**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DELEON MAJOR, Administrator of the Estate of DEVON MAJOR and Administrator of the Estate of EZEKIEL MAJOR,** : : : : | **CIVIL ACTION NO. 3:18-1558** |
| : | **(JUDGE MANNION)** |
| **Plaintiff** : : | |
| **v.** : | |
| **LUZERNE COUNTY CHILDREN AND YOUTH SERVICES, PHILADELPHIA DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILDREN AND YOUTH, and CITY OF PHILADELPHIA,** : : : : : | |
| **Defendants** : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion for judgment on the pleadings filed on behalf of defendant Luzerne County Children and Youth Services ("LCCYS") **(Doc. 27)** is **GRANTED**.

**(2)** The motion for judgment on the pleadings filed on behalf of defendants Philadelphia Department of Human Services, Division of Children and Youth ("DHS") and the City of

Philadelphia **(Doc. 29)** is **GRANTED**.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

          s/ *Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**Date: September 20, 2019**
18-1558-01-ORDER.wpd